UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUDE LINAREZ,

                    Petitioner,

  v.

PATRICK GLEBE,

                    Respondent.

No. C13-5604 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1)     The Magistrate Judge's Report and Recommendation is approved and adopted.

(2)     Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**.

(3)     The Clerk is directed to send directed to send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 20th day of September, 2013.

                                    /s/ Ronald B. Leighton

                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1