UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDE LINAREZ,<br><br>         Petitioner,<br><br> v.<br><br>PATRICK GLEBE,<br><br>         Respondent. | No. C13-5604 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) The Magistrate Judge's Report and Recommendation is approved and adopted.

(2) Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**.

(3) The Clerk is directed to send directed to send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 20th day of September, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1